# DENIED
## BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE (A.M.L.),<br><br>        Plaintiff,<br><br>  v.<br><br>WYNDHAM HOTELS AND RESORTS; PATSIKO, INC.; SUNSTONE ANAHEIM OWNER, LLC, DAYS INNS WORLDWIDE, INC.; and WYNDHAM HOTEL GROUP, LLC,<br><br>        Defendants. | Case No.: 8:23-CV-01554-JVS (JDEx)<br><br>*Hon. James V. Selna*<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CASE MANAGEMENT DATES [91]** |

The Court has received and reviewed the Joint Stipulation Regarding Case Management Dates.

Based on the Stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED that the Joint Stipulation Regarding Case Management Date is GRANTED. The dates are extended as follows:

| Matter | Time | Weeks before trial | Original Date | Current Date | Proposed Date |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: days | 8:30 a.m. (Tuesday) | | 2/4/25 | 8/5/25 | 2/5/26 |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed Voir Dire Qs and Agreed to Statement of Case | 11:00 a.m. (Monday) | -4 | 1/6/25 | 7/7/25 | 1/6/26 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -7 | 12/16/24 | 6/16/25 | 12/16/25 |
| Last day for hand-serving Motions in Limine | | -11 | 11/18/24 | 5/19/25 | 11/16/25 |
| Last day for hearing motions | 1:30 p.m. (Monday) | -12 | 11/11/24 | 5/12/25 | 11/9/25 |
| Last day for hand-serving motions and filing (other than | | -16 | 10/14/24 | 4/14/25 | 10/12/25 |

| | | | | | |
|---|---|---|---|---|---|
| Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c). | | | | | |
| Non-expert Discovery cut-off | | -24 | 8/16/24 | 2/14/25 | 8/14/25 |

| Additional Matter | | | Original Date | Current Date | Proposed Date |
|---|---|---|---|---|---|
| Expert discovery cut-off | | | 10/2/24 | 4/2/25 | 9/29/25 |
| Rebuttal Expert Witness Disclosure | | | 9/23/24 | 3/24/25 | 9/16/25 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 8/16/24 | 2/17/25 | 8/17/25 |

DATED this 27 day of February 2025

**DENIED**

BY ORDER OF THE COURT
HONORABLE JAMES V. SELNA
tbTje UNITED STATE DISTRICT JUDGE

  The Court will consider adjusting any dates other than the trial and pretrial dates.  JVS  February 27, 2025

3

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING CASE MANAGEMENT DATES
CASE NO. 8:23-CV-01554-JVS (JDEx)