MELISSA A. REINCKENS (SBN 314657)
melissa.reinckens@us.dlapiper.com
SUSAN N. ACQUISTA (SBN 253969)
susan.acquista@us.dlapiper.com
**DLA PIPER LLP (US)**
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
T. 619.699.2798 / F. 619.764.6624

DAVID S. SAGER *(Pro Hac Vice)*
david.sager@dlapiper.com
**DLA PIPER LLP (US)**
51 John F. Kennedy Pkwy, Suite 120
Short Hills, New Jersey 07078
T. 973.520.2570 / F. 973.215.2604

*Additional Counsel Listed on Signature Page*

*Attorneys for Defendants*
*Wyndham Hotels & Resorts, Inc., Days Inns*
*Worldwide, Inc. and Wyndham Hotel Group, LLC*

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE (A.M.L.),<br><br>              Plaintiff,<br><br>      v.<br><br>WYNDHAM HOTELS AND RESORTS; PATSIKO, INC.; SUNSTONE ANAHEIM OWNER, LLC, DAYS INNS WORLDWIDE, INC.; and WYNDHAM HOTEL GROUP, LLC,<br><br>              Defendants. | Case No.: 8:23-CV-01554-JVS (JDEx)<br><br>*Hon. James V. Selna*<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Pursuant to L.R. 16-15.7, PLEASE TAKE NOTICE that the parties have reached a settlement in principle of this action. Because the parties are still in the process of finalizing and executing the longform agreements, Plaintiff anticipates the filing of a dismissal of this action, with prejudice, within 20 days. Accordingly, Plaintiff respectfully requests that the Court take all dates off calendar and retain jurisdiction for the purpose of enforcing the fully executed written settlement agreement between the parties.

Dated: July 3, 2025                    **DLA PIPER LLP (US)**

By: */s/ Melissa A. Reinckens*
Melissa A. Reinckens (SBN No. 314657)
Susan N. Acquista (SBN 253969)
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
T. 619.699.2798 / F. 619.764.6624
melissa.reinckens@us.dlapiper.com
susan.acquista@us.dlapiper.com

David S. Sager (*Pro Hac Vice*)
51 John F. Kennedy Pkwy, Suite 120
Short Hills, New Jersey 07078
T. 973.520.2570 / F. 973.215.2604
david.sager@us.dlapiper.com

Desiree Moshayedi (SBN 355014)
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, California 90067
T. 310.595.3000 / F. 310.595.3300
desiree.moshayedi@us.dlapiper.com

*Attorneys for Defendants*
*Wyndham Hotels & Resorts, Inc.,*
*Days Inns Worldwide, Inc. and*
*Wyndham Hotel Group, LLC*

2

Dated: July 3, 2025

By: /s/ *Bryan O. Blevins*

Patrick Barrett (*Pro Hac Vice*)
**PROVOST UMPHREY LAW FIRM**
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
Tel.: (615) 297-1932
pbarrett@pulf.com

Bryan O. Blevins, (*Pro Hac Vice*)
**PROVOST UMPHREY LAW FIRM**
350 Pine Street, Ste., 1100
Beaumont, TX 77701
T: (409) 835-6000
bblevins@pulf.com

Edward D. Fisher, (*Pro Hac Vice*)
**PROVOST UMPHREY LAW FIRM**
350 Pine Street, Suite 1100
Beaumont, Texas 77701
T. 409.838.8859
efisher@pulf.com

Christopher Moze Cowper (Bar No. 326614)
**COWPER LAW LLP**
12301 Wilshire Boulevard, Suite 303
Los Angeles, California 90025
T. 877-529-3707
mcowper@cowperlaw.com

*Attorneys for Plaintiff Jane Doe (A.M.L.)*

Dated: July 3, 2025

**BORDIN SEMMER LLP (US)**

By: /s/ *Bryan C. Swaim*

Joshua Bordin-Wosk (SBN No. 241077)
Bryan C. Swaim (SBN 289729)
6100 Center Drive, Suite 1100
Los Angeles, CA 900045
T. 323-457-2110
jbordinwosk@bordinsemmer.com
bswaim@bordinsemmer.com
*Attorneys for Defendant Patsiko, Inc.*

3

## **ATTESTATION**

In accordance with Civ. L.R. 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

                    */s/ Melissa A. Reinckens*
                    Melissa A. Reinckens

NOTICE OF SETTLEMENT
CASE NO. 8:23-CV-01554-JVS (JDEx)

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 3, 2025, I authorized the electronic filing of the foregoing *Notice of Settlement*, with the Clerk of the Court using the CM/ECF system which will send notifications of such filing via email through the Court's Notice of Electronic Filing System.

/s/ Melissa A. Reinckens
Melissa A. Reinckens